IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-cr-00071-M-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FORTUNATO BELTRAN,

    Defendant.

ORDER

This matter comes before the court on Defendant's Motion to Transfer Defendant's Location of Detention. [DE 101]. Defendant seeks an order directing the United States Marshal's Service to cause Defendant to be transferred from Columbus County Detention Center to either Onslow County Detention Center or New Hanover County Detention Facility. *Id.*

Defendant is charged in a multi-count indictment alleging his participation in a drug distribution scheme. [DE 38]. On February 22, 2024, he waived a detention hearing and was ordered detained by Magistrate Judge Robert B. Jones, Jr. [DE 36–37]. Defendant was initially detained at Onslow County Detention Center but was subsequently transferred to Columbus County Detention Center in Whiteville, North Carolina. [DE 101]. Defense counsel advises that he is "unable to meaningfully review the discovery with Defendant in his current location" or adequately prepare for Defendant's trial currently scheduled for March 10, 2025. *Id.*

For good cause shown, Defendant's motion is GRANTED IN PART. The United States Marshal Service shall coordinate with the above-mentioned facilities to determine whether it is feasible to transfer Defendant to either Onslow County Detention Center or New Hanover County

Detention Facility. If feasible, the court recommends that Defendant be so transferred. Defendant shall notify the court upon the United States Marshal Service's determination.

SO ORDERED this _____22ᵈ_____ day of November, 2024.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE