IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00071-M-RN-1
Case No. 5:24-CR-00071-M-RN-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FORTUNATO BELTRAN and OTIS HENDERSON,

    Defendants.

ORDER

The court takes up this matter sua sponte. Due to exigent circumstances which require the undersigned's presence in the Middle District of North Carolina during the upcoming trial in this matter, the previously filed trial scheduling orders are AMENDED to reflect that the court will be in recess on Wednesday, November 19, 2025.[1]

SO ORDERED this 6th day of November, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The United States recently advised that it now anticipates the trial to last no more than four days. Accordingly, the court does not perceive a need to schedule any additional trial days.