# UNITED STATES OF AMERICA
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

## Case No: 5:24-CR-71-M

**UNITED STATES OF AMERICA**

**vs.**                                                    **ORDER**

**FORTUNATO BELTRAN**
**OTIS HENDERSON**


IT IS HEREBY ORDERED that the following government exhibit(s) admitted into

evidence November 17, 2025 to November 20, 2025, be turned over to the case agent,

Alex Saine, to be retained in his custody until this case is completed, including any

matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 62A | FENTANYL PILLS |
| 63B | FENTANYL PILLS |
| 65 | DUFFLE BAG |
| 67A | APRIL FENTANYL |
| 67B | APRIL FENTANYL BULK |
| 69 | METHAMPHETAMINE |


This 21ST day of November, 2025,

Richard E. Myers II
Chief United States District Judge


Agent's Signature: