IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00071-M-RN-1
Case No. 5:24-CR-00071-M-RN-4

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FORTUNATO BELTRAN and OTIS HENDERSON,<br><br>    Defendants. | ORDER |

This matter comes before the court on six oral motions for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29. *See* Oral Motions dated November 20, 2025, and November 21, 2025. Three motions were made by each defendant—one at the close of the government's case-in-chief, one at the close of the evidence, and one after the jury returned its verdict. *See* Fed. R. Crim. P. 29. The court reserved ruling on each motion, though it noted that having sat through the trial and being fully aware of the elements of each charge, it perceived no basis on which to enter a judgment of acquittal. At the conclusion of the trial, the court gave Defendants fourteen days in which to file written motions.

With no such motion forthcoming, the court finds that sufficient evidence supported the jury's verdict on all counts as to both Defendants. All six motions are therefore DENIED.

SO ORDERED this 14th day of January, 2026.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE